UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re BENJAMIN FORSYTHE,<br><br>　　　　　Plaintiff. | No. C 12-1330  PJH (PR)<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner.  Mail that the clerk sent to plaintiff at his last known address has been returned by the post office as undeliverable.  Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned.  This case is **DISMISSED** without prejudice.  See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: June 19, 2012.

　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\PJH\CR.12\FORSYTHE1330.DSM.wpd